FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MAY -9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| TRACY LEN KYLES | ) CR. NO. 3:07CR92-WKW |
| | ) [21 USC 841(a)(1)] |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 30th day of December, 2006, in Lafayette, Alabama, within the Middle District of Alabama,

TRACY LEN KYLES,

knowingly and intentionally possessed with intent to distribute cocaine base, commonly referred to as crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Kent B. Brunson
Assistant United States Attorney