IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07cr92-WKW |
| | ) | |
| TRACY LEN KYLES | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **TRACY LEN KYLES,** by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(i) and (h)(8)(B)(iv), respectfully moves this Court to continue the trial of this matter past the currently scheduled July 9, 2007 trial term. In support of this Motion, defendant would show the following:

1. Mr. Kyles is charged in a one-count indictment with distribution of a controlled substance.

2. Undersigned counsel was appointed to represent Mr. Kyles on May 17, 2007. Mr. Kyles was also arraigned on May 17, 2007. Undersigned counsel will need additional time to review discovery and adequately prepare for trial. As such, a continuance is essential to complete investigation this case.

3. The government does not oppose this motion.

4. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained

in the Indictment.

**WHEREFORE**, for the foregoing reasons, Mr. Kyles respectfully requests that his trial date be continued from the presently scheduled date of July 9, 2007.

Dated this 25th day of May 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson
Assistant United States Attorney

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189