IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:07cr92-WKW |
| ) | |
| TRACY LEN KYLES ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **TRACY LEN KYLES,** by and through undersigned counsel, Jennifer A. Hart, and pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), respectfully moves this Court to continue the trial of this matter past the currently scheduled August 6, 2007 trial term. In support of this Motion, defendant would show the following:

1.  Mr. Kyles is charged in a one-count indictment with possession with intent to distribute crack cocaine.

2.  The case is presently scheduled for trial on August 6, 2007.

3.  Mr. Kyles has previously notified the Court that he wishes to proceed to trial in this case. However, Mr. Kyles has since been advised that an anticipated change in the United States Sentencing Guidelines pertaining to crack cocaine offenses is scheduled to take effect November 1, 2007, and that such change would lower the applicable advisory guideline range he potentially faces if convicted.

4.  Based upon this new information that his guideline range may be lower than he was previously expected, Mr. Kyles has now advised his undersigned counsel that he wishes for the parties to conduct plea negotiations and, therefore, this case may be resolved without the necessity of a trial.

5. Mr. Kyles believes that providing the parties with an opportunity to explore a possible resolution to this case would serve the ends of justice, as the end result may be that a trial is rendered unnecessary and judicial time and resources are preserved.

6. Furthermore, Mr. Kyles seeks this continuance to allow the parties to negotiate a plea agreement with some certainty as to the applicable advisory guideline range. As the parties do not know whether any changes to the guidelines would apply retroactively, Mr. Kyles asserts that this case presents a novel legal issue which justifies the granting of a continuance under these particular circumstances.

7. The Government, through Assistant United States Attorney Kent Brunson, does not oppose this motion, nor is it opposed by Mr. Kyles who is not in custody.

8. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information, to pursue plea negotiations, and to correctly ascertain and advise Mr. Kyles of the penalty he faces if convicted of the charges contained in the Indictment.

**WHEREFORE**, for the foregoing reasons, Mr. Kyles respectfully requests that his trial date be continued from the presently scheduled date of August 6, 2007.

Dated this 24th day of July, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney.

> Respectfully submitted,
>
> s/Jennifer A. Hart
> **JENNIFER A. HART**
> FEDERAL DEFENDERS
> MIDDLE DISTRICT OF ALABAMA
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> Phone: (334) 834-2099
> Fax: (334) 834-0353
> jennifer_hart@fd.org
> AL Bar Code: HAR189