IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Case No.: 3:07cr92-WKW |
| ) | |
| TRACY LEN KYLES ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW** the Defendant, **TRACY LEN KYLES,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Assistant Federal Defender Kevin L. Butler, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 16th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

Case 3:07-cr-00092-SRW     Document 23     Filed 10/16/2007     Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney.

                                      Respectfully submitted,

                                      s/Jennifer A. Hart
                                      **JENNIFER A. HART**
                                      FEDERAL DEFENDERS
                                      MIDDLE DISTRICT OF ALABAMA
                                      201 Monroe Street, Suite 407
                                      Montgomery, AL 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      jennifer_hart@fd.org
                                      AL Bar Code: HAR189