IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No.: 3:07cr92-WKW |
| ) | |
| TRACY LEN KYLES      ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, **TRACY LEN KYLES,** by and through undersigned counsel, Kevin L. Butler, pursuant to 18 U.S.C. §§ 3161(h)(1)(I) and respectfully moves this Court to continue the trial of this matter past the currently scheduled November 5, 2007 trial term. In support of this Motion, defendant would show the following:

1. Mr. Kyles is charged in a one-count indictment with possession with intent to distribute crack cocaine.

2. This case will not proceed to trial. The parties are attempting to negotiate a resolution, however, negotiations will not be resolved by the November 5, 2007 trial term.

3. The Government, through Assistant United States Attorney Kent Brunson, does not oppose this motion, nor is it opposed by Mr. Kyles who is not in custody.

4. Further, undersigned counsel is expecting his first child this week. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

5. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521(11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to pursue plea negotiations.

**WHEREFORE**, for the foregoing reasons, Mr. Kyles respectfully requests that his trial date be continued from the presently scheduled date of November 5, 2007.

Dated this 17th day of October, 2007.

                                    Respectfully submitted,

                                    s/ Kevin L. Butler
                                  KEVIN L. BUTLER
                                  First Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099; Fax: (334) 834-0353
                                  E-mail: kevin_butler@fd.org
                                  AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 3:07cr92-WKW** |
| ) | |
| **TRACY LEN KYLES** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                            Respectfully submitted,

                            s/ Kevin L. Butler
                            KEVIN L. BUTLER
                            First Assistant Federal Defender
                            201 Monroe Street, Suite 407
                            Montgomery, Alabama 36104
                            Phone: (334) 834-2099
                            Fax: (334) 834-0353
                            E-mail: kevin_butler@fd.org
                            AZ Bar Code: 014138