IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 FEB -5 A 11: 16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CR. NO. 3:07cr92-WKW |
| TRACY LEN KYLES | ) | [21 USC 844(a)] |
| | ) | |
| | ) | INFORMATION |

The Grand Jury charges:

## COUNT 1

On or about the 30th day of December, 2006, in Lafayette, Alabama, within the Middle District of Alabama,

TRACY LEN KYLES,

knowingly and intentionally possessed cocaine base, commonly referred to as crack, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
Kent B. Brunson
Assistant United States Attorney