IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-CR-92-WKW |
| | ) | |
| TRACY LEN KYLES | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice (Doc. # 33), and for good cause shown, it is ORDERED that the motion is GRANTED and the indictment is DISMISSED without prejudice.

DONE this 8th day of February, 2008.

                      /s/  W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE