IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07cr92-WKW |
| | ) | |
| TRACY LEN KYLES | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of the Defendant, **TRACY LEN KYLES**, in the above-styled case.

Dated this 8th day of February, 2008.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney.

                                Respectfully submitted,

                                **s/Christine A. Freeman**
                                **CHRISTINE A. FREEMAN**
                                **TN BAR NO.: 11892**
                                Federal Defenders
                                Middle District of Alabama
                                201 Monroe Street, Suite 407
                                Montgomery, AL 36104
                                TEL:  (334) 834-2099
                                FAX:  (334) 834-0353
                                E-Mail: Christine_Freeman@fd.org