IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr92-SRW |
| | ) | |
| TRACY LEN KYLES | ) | |

### ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #36) filed on February 14, 2008, it is hereby

ORDERED that the defendant, TRACY LEN KYLES, appear with counsel before the undersigned Magistrate Judge on February 22, 2008 at 9:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 19th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE