# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 3:07cr92-WKW |
| ) | |
| TRACY LEN KYLES ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance on behalf of the Defendant, **TRACY LEN KYLES**, in the above-styled case.

Dated this 20 th of May, 2008.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent Brunson, Assistant United States Attorney.

                             Respectfully submitted,

                             **s/Patricia Kemp**
                             **PATRICIA KEMP**
                             **ASB-4592-R80K**
                             Federal Defenders
                             Middle District of Alabama
                             201 Monroe Street, Suite 407
                             Montgomery, AL 36104
                             TEL:  (334) 834-2099
                             FAX:  (334) 834-0353
                             E-Mail: patricia_kemp@fd.org