245B  (Rev. 06/05) Judgment in Criminal Case
      Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:        TRACY LEN KYLES
CASE NUMBER:      3:07-CR-0092-001-SRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    6 MOS. IMPR.

RETURNED AND FILED

JUL 18 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____

　　☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　X before 2 p.m.    in July 14, 2008    .

　　X as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered  7-14-2008  to  FPC MON

at  Maxwell AFB, AL 36112 , with a certified copy of this judgment.

J. A. Keller, WARDEN
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL